**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRIAM DYER,** ) | Case No. 2:11-cv-04692-DMG -JEM |
| ) | |
| Plaintiff, ) | **JOINT REQUEST TO DISMISS WITH** |
| ) | **PREJUDICE** |
| vs. ) | |
| ) | |
| **GLOBAL ACCEPTANCE CREDIT** ) | |
| **COMPANY, LP,** ) | |
| ) | |
| Defendant. ) | |

NOW COME THE PARTIES by and through their attorneys to stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)ii of the Federal Rules of Civil Procedure. Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 1st day of September, 2011

              By: s/Todd M. Friedman
                  Law Offices of Todd M. Friedman, P.C.
                  Attorney for Plaintiff

              By: s/Tomio Narita
                  Simmonds and Narita
                  Attorney for Defendant

Filed electronically on this 1st day of September, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dolly M. Gee
United States District Court
Central District of California

Tomio S. Narita
Jeffrey A. Topor
Simmonds and Narita

This 1st day of September, 2011.

s/Todd M. Friedman
Todd M. Friedman