JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRIAM DYER,** | ) Case No. 2:11-cv-04692-DMG -JEM |
| Plaintiff, | ) **ORDER RE DISMISSAL [14]** |
| vs. | ) |
| **GLOBAL ACCEPTANCE CREDIT COMPANY, LP,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated:  September 1, 2011

_____
DOLLY M. GEE
United States District Judge